IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                                    PLAINTIFF

v.                              No. 3:21-cv-247-DPM

THOR MOTOR COACH INC.
and THOR MOTORS CORP.                                              DEFENDANTS

## JUDGMENT

State Farm's complaint is dismissed with prejudice. The Court retains jurisdiction until 16 December 2022 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

18 October 2022